UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

    Plaintiff,

v.

JERRY BODDUM, et al.,

    Defendants.

Case No. 21-cv-04926-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendants. The court ORDERS defendants to make alterations required to bring the paths of travel and door hardware at the real property located at 4917 Telegraph Ave, Oakland, California, into compliance with the Americans with Disabilities Act. The court further ORDERS judgment for plaintiff in the following amounts:

    $4,000 in statutory damages against each defendant;

    $1,950.00 in attorneys' fees; and

    $872.00 in costs.

**IT IS SO ORDERED.**

Dated: January 21, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge